UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:14-cr-55-FtM-38DNF

CHRISTOPHER JAMES NELSON

**<u>ORDER</u>**[1]

Before the Court is Defendant Christopher James Nelson's Unopposed Motion for Reduction of His Lifetime Term of Supervised Release (Doc. 8), and the United States Probation Officer's Memorandum (Doc. 14). The Court held a hearing on Nelson's motion, at which Nelson was present and represented by counsel.

On May 6, 2009, Nelson was sentenced to forty-one months imprisonment and a lifetime of supervised release for possessing child pornography in the United States Court for the District of Arizona. (Doc. 3-3). After Nelson finished his prison sentence, the undersigned accepted jurisdiction over his supervised release. (Doc. 2). Nelson now asks the Court to reduce his lifetime term to ten years and credit him for the time he has served. He says early termination is appropriate because he has complied with all mandatory and special conditions of supervised release. (Docs. 3-3; 8-2; 8-5; 8-6; 8-8). He also gives two expert reports opining that he is not a significant danger to the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

community. (Docs. 8-1; 8-3). The Government does not oppose early termination after speaking to Nelson's probation officer and the Arizona federal prosecutor.

A court can end a term of supervised release based on the defendant's conduct and the sentencing factors set 18 U.S.C. § 3553(a). *See United States v. Easton*, 755 F. App'x 916, 918 (11th Cir. 2018). These factors include the nature and circumstances of the offense and the history and characteristics of the defendant; the need for deterrence, for public protection, and for correctional treatment for the defendant; the advisory guidelines range; the U.S. Sentencing Commission's policy statements; the need to avoid unwarranted sentencing disparities; and the need to provide restitution to any victims of the offense. 18 U.S.C. § 3553(a). Assessing these factors depends largely on input from the Government and the Probation Office. *See e.g., United States v. McClamma*, No. 5:05-cr-46-Oc-23TBS, 2013 WL 11320223, at *2 (M.D. Fla. Feb. 14, 2013).

Based on Nelson's history and characteristics, his demonstrated adjustment into society, and the parties' arguments at the hearing, the Court finds that early termination to be warranted. Nelson has been in sex offender specific treatment and has complied with his supervision and treatment protocol. He even acts as a "mentor" to other recently released sex offenders in his treatment group. In addition to his treatment accomplishments, Nelson has maintained a stable residence and employment. And he has been permitted to use a computer for online college courses. For these reasons and those stated on the record at the hearing, the Court grants Nelson's motion for early termination of supervised release.

Accordingly, it is

**ORDERED:**

(1) Defendant Christopher James Nelson's Unopposed Motion for Reduction of His Lifetime Term of Supervised Release (Doc. 8) is **GRANTED**.

(2) The Clerk is **DIRECTED** to enter an amended judgment reflecting his term of supervision to end on **July 11, 2022**.

**DONE and ORDERED** in Fort Myers, Florida on this 10th day of September 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record